# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Rasheeda M. Cobb<br>　　　　　　　<u>Debtor</u> | CHAPTER 13<br><br>BKY. NO. 14-14782 AMC |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

  Kindly enter my appearance on behalf of Fay Servicing LLC as Servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust, and index same on the master mailing list.

              Respectfully submitted,

              **/s/ Matteo S. Weiner, Esq.**
              Matteo S. Weiner, Esquire
              KML Law Group, P.C.
              701 Market Street, Suite 5000
              Philadelphia, PA 19106-1532
              (215) 627-1322 FAX (215) 627-7734