**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In RE:  RASHEEDA M. COBB                                                    Case No.  14-14782

**NOTICE OF CREDITOR CHANGE OF ADDRESS**

The creditor in the above entitled case hereby requests that the mailing address, pertaining to both notices and payments, listed in the above stated case be changed;

| FROM: | TO: |
|---|---|
| Fay Servicing, LLC | Fay Servicing, LLC |
| 939 W North Avenue, | 440 S. LaSalle Street, |
| Suite 680 | Suite 2000 |
| Chicago, IL 60642 | Chicago, IL 60605 |

Dated: 5/9/2017                                                   /s/ Ashley Boswell

                                                                  Creditor's Authorized Agent for Fay Servicing LLC