**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF**
**PENNSYLVANIA**

In RE:  Case No. 14-14782

RASHEEDA M. COBB

**NOTICE OF CREDITOR CHANGE OF ADDRESS**

The creditor in the above entitled case hereby requests that the mailing address, pertaining to both notices and payments, listed in the above stated case be changed;

FROM: | TO:
Fay Servicing, LLC | Fay Servicing, LLC

440 S. LaSalle St. | 3000 Kellway Dr.

Suite 2000 | Ste 150

Chicago, IL 60605 | Carrollton, TX 75006

Dated: 08/17/2017            /s/ Padma Vaghela

Creditor's Authorized Agent for Fay Servicing LLC