IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| Rasheeda M. Cobb | : | No.  14-14782-AMC |
| Debtor | | |

O R D E R

AND NOW, this            day of                    , 2019, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

**Date: April 2, 2019**

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Esq., Trustee

David M. Offen, Esquire

Rasheeda Cobb

PAYROLL CONTROLLER
Jefferson Home Care
240 Radnor Chester Road
Radnor, PA 19087