United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                               Case No. 14-14782-amc
Rasheeda M. Cobb                                                                     Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR               Page 1 of 2              Date Rcvd: May 15, 2019
                              Form ID: 138NEW            Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2019.
db          +Rasheeda M. Cobb,    7362 Limekiln Pike,    Philadelphia, PA 19138-1335
cr          +Fay Servicing, LLC,    440 S. LaSalle Street, Suite 2000,    Chicago, IL 60605-5011
cr          +Fay Servicing, LLC,    3000 Kellway Dr,Ste 150,    Carrollton, TX 75006-3357
cr          +Wilmington Savings Fund Society, FSB, d/b/a Christ,    C/O Fay Servicing, LLC,   3000 Kellway Dr,
              Ste 150,    Carrollton, TX 75006-3357
13327984    +Aes/Wells Fargo,    1200 N 7th St,    Harrisburg, PA 17102-1419
13403101     CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA,   50368-8971
13327986    +Citimortgage Inc,    Po Box 9438,    Gaithersburg, MD 20898-9438
13609253     ECMC,    PO Box 16408,   St. Paul, MN 55116-0408
13340937    +PHEAA,    PO BOX 8147,   HARRISBURG, PA 17105-8147
13327991     Phila Gas Works,    PO Box 11700,    Newark, NJ 07101-4700
13625777    +Wilmington Savings Fund Society, FSB,    Fay Servicing, LLC,    939 W. North Avenue, Suite 680,
              Chicago, IL 60642-1231
14027346    +Wilmington Savings Fund Society, FSB,,    d/b/a Christiana Trust,not individually,
              but as trustee for Hilldale Trust,    c/o Fay Servicing, LLC,    3000 Kellway Dr. Ste 150,
              Carrollton, TX 75006-3357

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: megan.harper@phila.gov May 15 2019 08:18:55     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA 19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 15 2019 08:18:00
              Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA 17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 15 2019 08:18:33     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13327985     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 15 2019 08:08:08      Cap One,
              Po Box 85520,    Richmond, VA 23285
13435797    +E-mail/Text: megan.harper@phila.gov May 15 2019 08:18:55
              CITY OF PHILADELPHIA, LAW DEPARTMENT    TAX UNIT,    MUNICIPAL SERVICES BUILDING,
              1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13327988    +E-mail/Text: bankruptcy@philapark.org May 15 2019 08:19:21     City of Philadelphia,
              Parking Violations Branch,    P.O. Box 41818,    Philadelphia, PA 19101-1818
13327987     E-mail/Text: megan.harper@phila.gov May 15 2019 08:18:55     City of Philadelphia,
              Department of Revenue,    P.O. Box 148,    Philadelphia, PA 19105-0148
13327990    +E-mail/Text: ELDABBASM@FREEDOMCU.ORG May 15 2019 08:17:26     Freedom Credut Union,
              626 Jacksonville Rd Ste,    Warminster, PA 18974-4862
13434406     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 15 2019 08:07:23
              Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
                                                                                               TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13327989      Credit Coll
cr*           ECMC,   P.O. BOX 16408,    ST. PAUL, MN 55116-0408
cr*          +Wilmington Savings Fund Society, FSB,    Fay Servicing, LLC,    939 W. North Avenue, Suite 680,
               Chicago, IL 60642-1231
                                                                                        TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2           User: DonnaR              Page 2 of 2              Date Rcvd: May 15, 2019
                               Form ID: 138NEW           Total Noticed: 21


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2019 at the address(es) listed below:
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    Wilmington Savings Fund Society, FSB
               debersole@hoflawgroup.com, pfranz@hoflawgroup.com
              DAVID M. OFFEN    on behalf of Debtor Rasheeda M. Cobb dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Hilldale Trust bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Hilldale Trust bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    CitiMortgage, Inc. mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                               TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Rasheeda M. Cobb
       Debtor(s)

Bankruptcy No: 14−14782−amc
Chapter: 13

___

## NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                   For The Court
                                   Timothy B. McGrath
                                   Clerk of Court

Dated: 5/14/19

                                              65 − 64
                                             Form 138_new